JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TONY LEE HILL,

                              Plaintiff,

          v.

COMMISSION ON JUDICIAL
PERFORMANCE, CA, et al.,

                              Defendants.

Case No.  CV16-07622-SVW (KES)

**JUDGMENT**

          Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

          IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED:  03/16/2017

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE